**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

KERRY R SCOTT                               Chapter 13

              Debtor                Bankruptcy No. 20-10303-AMC

**OBJECTION OF CHAPTER 13 TRUSTEE**
**TO CONFIRMATION OF PLAN OF DEBTOR(S)**

    **AND NOW** comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Debtor(s) has/have failed to file an accurate statement of current monthly income, and/or if the debtor(s) has/have above-median income, an accurate calculation of disposable income in accordance with Section 1325 (b)(3), on Official Form 22C, as required by Bankruptcy Rule 1007(b)(6).
Debtor(s) has/have failed to provide required documentation as to income as directed at the meeting of creditors.
Debtor(s) has/have failed to file an amended plan as directed at the meeting of creditors.

    **WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

                                            Respectfully submitted,

                                            /s/ William C. Miller
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee